

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| IN RE C. MICHAEL KAMPS | §<br>§<br>§<br>§<br>§<br>§ | CASE NUMBER:<br><br><br>13-50013 |
| Petitioner | | |

## PETITIONER'S MOTION TO FILE ELECTRONICALLY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW C. Michael Kamps, Petitioner in this Action, and files his Motion to File Electronically, and in support thereof would respectfully show this Honorable Court as follows:

1.    Petitioner is a *pro se* Petitioner in this case.

2.    Petitioner is not incarcerated, nor is he on probation or supervised release.

3.    Petitioner has been approved as a Filing User by the United States District Court for the Western District of Texas, and has a PACER.gov account.  The record shows that the district court has not issued any Deficiency Notices as a result of Petitioner's ("Plaintiff" in district court) electronic filings.

4.    Petitioner desires to be approved as a Filing User by this Court.

5.    Petitioner agrees to comply with the terms and conditions of this Court's CM/ECF system, including required training.

6.    Petitioner's computer is virus protected and is connected to the internet.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests that the Court, with or without setting the matter for hearing, GRANT Plaintiff's Motion to File Electronically and ORDER that he receive a login and password in order to access the Court's electronic filing system.

Respectfully submitted,

BY: _____

C. Michael Kamps, Plaintiff *pro se*
Telephone    (214) 478-1180
Facsimile    (972) 692-5857
kamps@heritagefunding.com
214 Glenn Avenue
Rockwall, Texas   75087

## CERTIFICATE OF SERVICE

I certify that on June 27, 2013 a true and correct copy of PETITIONER'S MOTION TO FILE ELECTRONICALLY was served by depositing same with the United States Postal Service, bearing appropriate postage and addressed as follows.

The Honorable Lee Yeakel, District Judge
The United States District Court for the Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

The Honorable Walter S. Smith, Jr., District Judge
The United States District Court for the Western District of Texas
Waco Division
800 Franklin Ave, Room 380
Waco, Texas 76701

Mr. Andy McSwain
Mr. Keith Dorsett
Fulbright Winniford
A Professional Corporation
PO Box 445
Waco, Texas   76703-0445


_____

C. Michael Kamps

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| IN RE C. MICHAEL KAMPS | § | CASE NUMBER: |
| Petitioner | § | |
| | § | |
| | § | |
| | § | 13-50013 |
| | § | |

## AFFIDAVIT OF C. MICHAEL KAMPS

1.    BEFORE ME, the undersigned authority, personally appeared C. Michael Kamps, who being duly sworn, deposed as follows:

2.    "My name is C. Michael Kamps.  I am at least 18 years of age and of sound mind.  I reside in the City of Rockwall, Rockwall County, Texas.  I am the Petitioner in the above captioned case.  The following is within my personal knowledge and is true and correct."

3.    "I am a *pro se* litigant in this case."

4.    "I am not incarcerated, nor am I on probation or supervised release."

5.    "I have been approved as a filing user by the United States District Court for the Western District of Texas, and have filed electronically with its CM/ECF system in both the Austin and Waco divisions of said court.  I have received no notice of deficiency with regard to my electronic filings in either division."

EXHIBIT A                                                        Page 1 of 2

6.    "I have a PACER.gov account."

7.    "I desire to file electronically in the above captioned case."

8.    "I agree to comply with the terms and conditions, including required training, for access to the CM/ECF system of the United States Court of Appeals for the Fifth Circuit."

9.    "I have a computer which is virus protected and connected to the internet."

5.    "Further, affiant sayeth not."



_____
                              C. Michael Kamps, Affiant

**SUBSCRIBED   AND   SWORN   TO   BEFORE   ME**   on
_26ᵀᴴ__ _June_____, 2013, by C. Michael Kamps.



_____
                              Notary Public, State of Texas

> **JASON C PALMER**
> Notary Public
> STATE OF TEXAS
> My Comm. Exp. 10-11-15