# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 01, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-50013,  In re: C. Kamps
                 USDC No. 1:12-CV-657

The court has taken the following action in this case:

   **DENIED**: appellant's motion for leave to file
        electronically as a pro se party.


                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Claudia N. Farrington, Deputy Clerk
                     504-310-7706

Mr. C. Michael Kamps

P.S. to Mr. Kamps: You may re-file the motion after you have
    reviewed the 5th Circuit CM/ECF homepage.  You must
    certify that you have reviewed all the documents under the
    Reference and Training Sections.  Also, you must
    certify that you have completed all Electronic Learning
    Modules in the Training Section.